IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-02754-BNB

NEWTON J. CANTRELL,

Plaintiff,

v.

T.K. COZZA RHODES, and
D. MCELVOY, N-A Unit Manager,

Defendants.
_____

## ORDER
_____

This matter arises on a letter filed by the plaintiff on December 4, 2014 [Doc. #12] (the "Letter") where the plaintiff requests that his case be "withdrawn." I construe the Letter as a motion to dismiss the case without prejudice pursuant to Fed.R.Civ.P. 41(a).

IT IS ORDERED that the plaintiff's request is GRANTED. The Complaint is DISMISSED WITHOUT PREJUDICE.

Dated December 18, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge